No. 14,048.

PRUDENTIAL INSURANCE COMPANY OF AMERICA *v.* KNEEBONE.
(69 P. [2d] 1118)

Decided June 21, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck and Mr. Justice Young, participating.

Messrs. BENEDICT & PHELPS, for plaintiff in error.

Messrs. RINN & CONNELL, Mr. CARL W. BERUEFFY, for defendant in error.